146

Misc. No. 12–8014/MC. Shawn C. Blair, Appellant v. William Riggs, Colonel, United States Marine Corps in his official capacity as Military Judge, and The United States, Appellees. CCA 201200018. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Navy-Marine Corps Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date.

No. 11–0362/AR. U.S. v. Thomas G. Gentry. CCA 20080985. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including February 15, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 11–0629/AR. U.S. v. Jesse V. Spielman. CCA 20070883. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including February 15, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0030/AR. U.S. v. Michael C. Behenna. CCA 20090234. Appellant's motion to extend time to file a brief granted, *but only up to and including February 28, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0203/AR. U.S. v. Jacob A. Racine. CCA 20100021. On consideration of the motion filed by Lieutenant Colonel Jonathan F. Potter to withdraw from representation as Appellate Defense Counsel, it appears that the Judge Advocate General has assigned another counsel to represent Appellant and that the new counsel has assumed representation of said Appellant. Accordingly, it is ordered that said motion is hereby granted.